ROBERT HIGHAM agt. JOHN HAYES.

An affidavit of merits used for any purpose, *must be entitled.*

*December Term*, 1845.

MOTION by defendant to set aside inquest.

This motion was denied with costs, for the reason that the affidavit of merits produced by defendant *was not entitled.*